FILED
CLERK, U.S. DISTRICT COURT

NOV 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ALEXANDER,<br><br>    Petitioner,<br><br>v.<br><br>JAMES D. HARTLEY, Warden,<br><br>    Respondent. | Case No. CV 08-5766-VAP (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: Nov 17 2009

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE